UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


FILED
2014 MAR 26  P 12: 38
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAG. NO. 3:14mJ 42 (DFM) |
| v. | : | N.D. California – 3:14   70421 (NC) |
| | : | |
| BRANDON JAMELLE JACKSON | : | MARCH 26, 2014 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

____   a crime of violence as defined in Title 18, United States Code, Section 3156;

____   an offense for which the maximum sentence is life imprisonment or death;

__X__  an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

____   any felony committed after the defendant has been convicted of two or more of the prior three offenses or two or more State or local offenses that would have been one of the prior three offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__  a serious risk that the defendant will flee; and/or

___ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II. Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

    _X_ the defendant's appearance as required; and/or

    _X_ the safety of any other person and the community.

III. Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    ___ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    ___ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    ___ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

    _X_ there is probable cause to believe that the defendant committed an offense

for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), an offense under section 924(c), 956(a), or 2332b of Title 18 of the United States Code, or an offense involving a minor victim under section 1201, 1591, 2241, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18 of the United States Code.

IV.  Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

    \_\_\_\_\_    at the defendant's first appearance;

    _X_    after a continuance of three days.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

PAUL H. MCCONNELL
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct29062
450 Main Street
Hartford, CT 06103
(860) 947-1101

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been hand delivered this 26th day of March, 2014 to:

Federal Public Defender
Hartford, CT

PAUL H. MCCONNELL
ASSISTANT UNITED STATES ATTORNEY