EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:14−mj−00042−DFM All Defendants
*Internal Use Only*

---

Case title: USA v. Jackson                Date Filed: 03/26/2014

---

Assigned to: Judge Donna F. Martinez

**Defendant (1)**

**Brandon Jamelle Jackson**      represented by    **Tracy Hayes**
Federal Public Defender's Office – Htfd
10 Columbus Blvd.
6th Floor
Hartford, CT 06106−1976
860−493−6269
Fax: 860−483−6260
Email: tracy_hayes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**                            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                         **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                **Disposition**

21:846=CD.F, 18:922A.F,
18:1958−7471.F

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Paul H. McConnell** |
| | | U.S. Attorney's Office–HFD |
| | | 450 Main St. Room 328 |
| | | Hartford, CT 06103 |
| | | 860–947–1101 |
| | | Fax: 203–773–5376 |
| | | Email: Paul.mcconnell2@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2014 | 1 | MOTION for Pretrial Detention by USA as to Brandon Jamelle Jackson. (Wood, R.) (Entered: 03/26/2014) |
| 03/26/2014 | 2 | Minute Entry for proceedings held before Judge Donna F. Martinez: granting 1 Motion for Pretrial Detention as to Brandon Jamelle Jackson (1); Initial Appearance in Rule 5 Proceedings as to Brandon Jamelle Jackson held on 3/26/2014 ; Detention Hearing as to Brandon Jamelle Jackson held on 3/26/2014; Extradition Hearing as to Brandon Jamelle Jackson held on 3/26/2014; Motion Hearing as to Brandon Jamelle Jackson held on 3/26/2014 re 1 MOTION for Pretrial Detention filed by USA. Time 15 minutes(Court Reporter FTR.) (Wood, R.) (Entered: 03/26/2014) |
| 03/26/2014 | 4 | WAIVER of Rule 5(c)(3) Hearings by Brandon Jamelle Jackson (Wood, R.) (Entered: 03/26/2014) |
| 03/26/2014 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Brandon Jamelle Jackson. Defendant committed to Northern District of California. Signed by Judge Donna F. Martinez on 3/26/14. (Wood, R.) (Entered: 03/26/2014) |
| 03/26/2014 | 6 | ELECTRONIC FILING ORDER as to Brandon Jamelle Jackson – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Donna F. Martinez on 3/26/14. (Wood, R.) (Entered: 03/26/2014) |